IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH A. MARTIN, # 229195, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv315-D |
| | )                        WO |
| VIVIAN BLAKELY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 15, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

(1) The Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

(2) the motion for summary judgment filed by the defendants be and the same is hereby GRANTED;

(3) this case be and the same is hereby DISMISSED with prejudice; and

(4) the costs of this proceedings be and the same are hereby TAXED against the plaintiff for which let execution issue.

DONE this 29th day of July, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE